# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

IRVING MORRIS

NO. 2019 KW 1245

**DEC 0 6 2019**

---

In Re:   Irving Morris, applying for supervisory writs, 22nd Judicial District Court, Parish of Washington, No. 03-CR8-86599.

---

**BEFORE:   McCLENDON, WELCH, AND HOLDRIDGE, JJ.**

**WRIT DENIED.**

> PMc
> JEW
> GH

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT